IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICIA ELDRIDGE,**         **Plaintiff,**      v.  **WALMART SUPERCENTER-STORE #2561,** *et al.*,         **Defendants.** | CIVIL ACTION NO. 24-5451 |

## ORDER

**AND NOW,** this 30th day of December 2024, following the Court's Order directing the parties to show cause in writing by November 13, 2024 as to why this case should not be transferred *sua sponte* to the United States District Court for the Western District of Pennsylvania [Doc. No. 10], the parties' letters to the Court noting no objection to the proposed transfer [Doc. Nos. 12, 13], and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Western District of Pennsylvania **FORTHWITH**, and to **CLOSE** the case in the Eastern District of Pennsylvania.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**